

*1048146555*

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

SANDRA CAUDLE, )
　　　　　Plaintiff, )
 )
vs. ) Case No. CJ-2020 03519
 )
TULSA COMMUNITY COLLEGE, )
　　　　　Defendant. )

FILED
NOV 13 2020
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

## PETITION FOR NEGLIGENCE

**COMES NOW** the Plaintiff, Sandra Caudle, by and through her undersigned counsel and for cause of action against the Defendant, Tulsa Community College, alleges and state as follows:

### JURISDICTION AND VENUE

1. Plaintiff is a resident of Tulsa County, Oklahoma.

2. Defendant is believed to be a resident of Tulsa County, Oklahoma.

3. The events which gave rise to this cause of action occurred in Tulsa County, Oklahoma.

4. That Tort Claim Notice was timely delivered to the Defendant and this matter is now timely filed.

### NEGLIGENCE AND DAMAGES

5. Plaintiff incorporates the allegations set forth in paragraphs 1 and 4 above.

6. The events complained of occurred during the time period of February 2019 thru the end of May 2019.

7. The location of occurrence is Tulsa Community College, Metro Campus and the Administrative Offices.

8. That Tulsa Community College failed to properly handle a complaint made by the Plaintiff regarding her being stalked, harassed, and assaulted by a male student, J. P. Girouard.

1

Exhibit 2

9.  Further, the Defendant retaliated against the Plaintiff by refusing to grant her access to a work study program.

10. The acts and omissions of the Defendant resulted in a violation of her rights pursuant to Title IX.

11. As a direct and proximate result of the negligence, outrageous, wonton, and reckless disregard of the Defendant's rights set forth above by Defendant, Plaintiff has incurred expenses, has sustained pain and suffering of her body and mind, have sustained permanent injuries, have lost income all to her detriment in excess of $75,000.00 and up to the statutory maximum allowed under the Tort Claim Act.

7.  Defendant's actions and/or failure to act constitute a wanton and reckless disregard for the safety, health, and lives of Plaintiff and the public at large. As such, Plaintiff seeks an award of exemplary damages to punish Defendant for its conduct and to act as a safeguard for the public at large by deterring similar conduct in the future.

**WHEREFORE**, premises considered, Plaintiff pray that upon hearing she be awarded sums in excess of $75,000.00 for her loss incurred herein, including but not limited to her person injury, lost income, lost opportunity for the benefit of the work study program, attorney fees, costs of this action, exemplary damages, and any other and further relief this court deems just and equitable.

Respectfully Submitted,

**ATTORNEY LIEN CLAIMED**
**WRITTEN FINDINGS OF FACT AND**
**CONCLUSIONS OF LAW REQUESTED**
**ON ALL ISSUES DECIDED BY THE**
**BENCH ADVERSE TO PLAINTIFF**
**JURY TRIAL DEMANDED**

Charles M. Fox, OBA #17255
Trevan V. Morrow, OBA #17915
OKLAHOMA LITIGATION GROUP, LLC
1705 South Baltimore Ave.
Tulsa, Oklahoma 74119
Telephone   (918) 592-6554
Facsimile    (918) 619-9635
**Attorneys for the Plaintiff**

**Exhibit 2**



**TULSA COMMUNITY COLLEGE**

Office of the General Counsel
6111 East Skelly Drive, Suite 620
Office: (918) 595-7995
Fax: (918) 595-7994
E-mail: mackenzie.wilfong@tulsacc.edu

February 4, 2020

Office of the Attorney General
Litigation Section
**ATTN: Docketing**
313 N.E. 21st Street
Oklahoma City, OK 73105

**VIA E-mail (kindanne.jones@oag.ok.gov)**

Dear Litigation Section Head:

Enclosed is a letter from Charles Fox, Esq. dated January 29, 2020 delivered to Tulsa Community College by USPS via certified mail today. The letter is addressed to the Tulsa Community College Board of Regents and states that it is a notice of a tort claim. The College is unaware if Mr. Fox filed a claim with Office of Management and Enterprise Services – Risk Management Department.

Sandra Caudle, the anticipated plaintiff, filed a complaint with the College regarding a male student. TCC employees, acting within the scope of their employment, investigated and appropriately addressed the matter.

I am respectfully requesting the Office of the Attorney General represent Tulsa Community College in this matter.

The primary contact person for this matter should be our in-house General Counsel, Mackenzie Wilfong, who can be reached at 918-595-7995, Mackenzie.wilfong@tulsacc.edu, and 6111 East Skelly Drive, Tulsa, OK 74135.

Sincerely,

*Mackenzie Wilfong*

Mackenzie Wilfong, Esq.
General Counsel

ENCLOSURE

CONFERENCE CENTER  6111 East Skelly Drive  Tulsa, OK 74135
METRO CAMPUS  909 S. Boston Ave.  Tulsa, OK 74119
NORTHEAST CAMPUS  3727 E. Apache St.  Tulsa, OK 74115
SOUTHEAST CAMPUS  10300 E. 81st St.  Tulsa, OK 74133
WEST CAMPUS  7505 W. 41st St. South  Tulsa, OK 74107
tulsacc.edu

**Exhibit 2**

# OKLAHOMA LITIGATION GROUP, L.L.C.

*ATTORNEYS AND COUNSELORS AT LAW*
*1705 S. Baltimore Avenue*
*Tulsa, Oklahoma 74119*
Email: *info@myoklg.com*
www.myoklg.com

Charles M. Fox
Trevan V. Morrow

*Telephone: 918.592.6554*
*Facsimile: 918.619.9635*

January 29, 2020

Board of Regents
Tulsa Community College
Attn: Clerk of the Board
3727 E. Apache St.
Tulsa, OK  74115

Re:   *Tort Claim Notice*
       Sandra Caudle

Dear Sir or Madame:

Please be advised that I represent Sandra Caudle. This correspondence is to notify you that Ms. Caudle is making a claim against Tulsa Community College. The events complained of occurred during the time period of February 2019 thru the end of May 2019. The location of occurrence is the Metro Campus and the Administrative Offices regarding the handling of Ms. Caudle's complaints of stalking, harassment, assault by a male student, J. P. Girouard, and violation of rights pursuant to Title IX. The amount claimed is for the Statutory maximum or the policy limits of any insurance which provides coverage. Ms. Caudle resides at 1722 S. Carson Ave., Tulsa, OK  74119, (858)334-8513, and may be reached thru this office and the above stated address, telephone, or facsimile.

Please advise this office of any acceptance or denial of the claim, or any counter-offer you wish Ms. Caudle to consider. Should you have questions please feel free to call.

Sincerely,

Charles M. Fox

Exhibit 2



**OKLAHOMA LITIGATION GROUP, LLC**
1705 South Baltimore Avenue
Tulsa, Oklahoma 74119



**CERTIFIED MAIL**

7014 1200 0000 2263 7328



$6.9
US POSTA
FIRST-CL
FROM 74
JAN 30 2
stamp
end

Board of Regents
Attn: Clerk of the Board
Tulsa Community College
3727 E Apache St
Tulsa OK 74115-3151

CC

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Board of Regents
   Tulsa Community College
   ATTN: Clerk of the Board
   3727 E. Apache St.
   Tulsa OK 74115

   9590 9403 0289 5155 1533 44

   7014 1200 0000 2263 7328

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  ☐ Agent
      ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
     (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**Exhibit 2**



**Exhibit 2**